# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) Case No. 1:10CR80 AWI |
| Gregorio Olmos, Sr. | ) |
| | ) |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Gregorio Olmos, Sr____ , have discussed with ____Montgomery L. Olson `____ , Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the Home Incarceration component of the home confinement program is removed and replaced with the Home Detention component of the home confinement program. The defendant is restricted to his residence at all times except for employment, religious services, medical treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the Pretrial Services Officer. The defendant will continue to be monitored by passive GPS tracking, at his own expense.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| Signature of Defendant | 7-26-10 Date | Pretrial Services Officer | 7-26-10 Date |

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney            7-26-10
                                                          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel                             7-26-10
                                                         Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ____7/26/10____.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer                            7/26/2010
                                                         Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services