DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559)241-7000

ATTORNEY FOR GREGORIO OLMOS SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>            )<br>     vs. )<br>            )<br>GREGORIO OLMOS SR., et al., )<br>            )<br>     Defendant. )<br>            )<br>_____) | NO. 1:10-cr-00080 AWI<br><br>DEFENDANT GREGORIO OLMOS SR.'S<br>WAIVER OF APPEARANCE |

   Defendant Gregorio Olmos Sr., hereby knowingly, voluntarily and intelligently waives his right to be present at the status conference held on June 6, 2011 and agrees to appear at the continued status conference presently scheduled for September 12, 2011 at 9:00 AM in the courtroom of the Hon. Anthony W. Ishii.

   Defendant Gregorio Olmos Sr. also knowingly, voluntarily and intelligently waives his right to be present at the June 6, 2011 hearing under Federal Rules of Criminal Procedure, Rule 43. Defendant Olmos Sr. has been advised of the September 12, 2011 status conference and will be present in court on that date.

   Defendant Olmos Sr. agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

1 | Sections 3161(h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

2 |     Executed this 27th day of June, 2011, at Fresno, California.

                                      /s/ Gregorio Olmos Sr.
                                      GREGORIO OLMOS, SR.

    Executed this 27th day of June, 2011, at Fresno, California.

                                      /s/ Daniel A. Bacon
                                      DANIEL A. BACON, Attorney for
                                      GREGORIO OLMOS, SR.

                                            ORDER

IT IS SO ORDERED.

Dated:   June 28, 2011

                                      CHIEF UNITED STATES DISTRICT JUDGE