DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR GREGORIO OLMOS, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 1:10-cr-00080 AWI |
| )                                  Plaintiff, ) | STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| vs.                                              ) | |
| GREGORIO OLMOS, SR., et al.,  ) | |
| )                                  Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely BENJAMIN B. WAGNER, United States Attorney, by LAUREL MONTOYA, Assistant United States Attorney, for the plaintiff, and DANIEL A. BACON, Attorney at Law, for defendant GREGORIO OLMOS, SR., that the conditions of release ordered by the court in this matter are amended as follows:

That the condition pertaining to home confinement/location monitoring be vacated, with all other conditions of release not in conflict remaining in full force and effect. This modification has been approved by Pretrial Services.

Dated: February 7, 2013.                BENJAMIN B. WAGNER, U. S. Attorney

                                        By: /s/ Laurel Montoya
                                            LAUREL MONTOYA
                                            Assistant U.S. Attorney

Dated: February 7, 2013.                /s/ Daniel A. Bacon
                                            DANIEL A. BACON, Attorney for
                                            GREGORIO OLMOS, SR.

IT IS SO ORDERED.

Dated:  **February 8, 2013**            **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE

1