1  Daniel A. Bacon 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for GREGORIO OLMOS, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-00080 AWI |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| GREGORIO OLMOS, SR., et al., ) | |
| Defendants. ) | DATE: July 15, 2013<br>TIME: 10:00 a.m.<br>DEPT: Hon. Anthony W. Ishii |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, and through their respective counsel of record herein, that the Status Conference hearing currently set for July 15, 2013 at 10:00 a.m. may be continued to **September 9, 2013 at 10:00 a.m.** before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between July 15, 2013 and the date set for the continued Status Conference be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(iv). Specifically, the parties are attempting to negotiate a resolution of this matter. Additional time is necessary to complete plea negotiations and for the preparation of plea agreements.

The parties stipulate and agree that the ends of justice served by granting this

1  continuance outweigh the best interests of the public and the defendant in a speedy trial.
2  18 U.S.C. §§3161(h)(7)(A).

3  DATED: July 11, 2013           BENJAMIN B. WAGNER
                                  United States Attorney
4

5                                 By /s/ Laurel J. Montoya
                                  Assistant U.S. Attorney
6                                 Attorneys for Plaintiff

7

8  DATED: July 11, 2013           /s/ Daniel A. Bacon
                                  DANIEL A. BACON
9                                 Attorney for Defendant
                                  GREGORIO OLMOS, SR.
10

11

12 DATED: July 11, 2013           /s/ David V. Balakian
                                  DAVID V. BALAKIAN
13                                Attorney for Defendant
                                  GREGORIO OLMOS, JR.
14

15

16 DATED: July 11 2013            /s/ Eric Shevin
                                  ERIC SHEVIN
                                  Attorney for Defendant
17                                YONG TAE KIM

18 IT IS SO ORDERED.

19
   Dated:   July 11, 2013         _____
20                                         SENIOR DISTRICT JUDGE

Stipulation to Continue Status Conference; and Order Thereon                             2