FILED
MAR 0 9 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DANIEL A. BACON 065099
ANGELICA AMBROSE JORGENSEN 299543
LAW OFFICES OF DANIEL A. BACON
2445 CAPITOL STREET, SUITE 160A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 412-4420

ATTORNEYS FOR GREGORIO OLMOS, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> GREGORIO OLMOS, SR., <br> Defendant. | Case No. 1:10-CR-00080-AWI <br><br> EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON |

Defendant, GREGORIO OLMOS, SR., by and through his attorney of record, Daniel A. Bacon, hereby requests an order exonerating bond in this action.

A bail bond was posted in the amount of $100,000 by Garcia Family Bail Bonds through Bankers Insurance Company; Bond Number 542000226-8.

On January 12, 2015, sentence was imposed whereby Defendant was committed to the Bureau of Prisons. Presently, Defendant is in custody serving his sentence.

Accordingly, exoneration of bond is requested.

Respectfully submitted,

Dated: March 7, 2016.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for Defendant
GREGORIO OLMOS, SR.

## ORDER

It appearing that no further court appearances are required in case number 1:10-CR-00080-AWI, bail is hereby ordered exonerated.

IT IS SO ORDERED.

Dated: March 8, 2016

SENIOR DISTRICT JUDGE

2