IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:10-CR-00080-DAD |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
|  | ) | **APPOINTING COUNSEL** |
| vs. | ) |  |
| GREGORIO OLMOS, SR., | ) |  |
| Defendant. | ) |  |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Melissa Baloian to represent the above defendant in this case effective *nunc pro tunc* December 26, 2019 to December 26, 2019.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**January 6, 2020**__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE