UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO OLMOS, SR.,<br><br>Defendant. | Case No.  1:10-cr-00080-DAD-BAM<br><br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on April 23, 2020 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:   **April 23, 2020**                                  _____
                                                                                              UNITED STATES DISTRICT JUDGE